# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**THEODORE BOWERS,** *pro se*,

    **Plaintiff,**

v.                          CASE NO: 8:08-CV-1124-T-30MAP

**ARAMARK CORRECTIONAL SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on May 20, 2009 (Dkt. #10) which dismissed the Amended Complaint and gave Plaintiff thirty (30) days to file a Second Amended Complaint, failing which the action would be dismissed without further notice.

On June 22, 2009, Plaintiff filed a Motion requesting a 60-day extension of time from the date of the Court's Order of May 20, 2009, in which to respond. The new deadline for filing a Second Amended Complaint would have been July 19, 2009. The Court granted said Motion on June 22, 2009 (Dkt. #13). Even assuming that Plaintiff calculated a 60-day extension from the date of the endorsed Order of June 22, 2009, Plaintiff's Second Amended Complaint would have been due August 21, 2009. To date, Plaintiff has failed to file a Second Amended Complaint. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2008\08-cv-1124.dismissal.wpd*